UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ASHLEY BURNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-CV-194 NAB |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF REVERSAL AND REMAND

This matter is before the Court on Defendant's Motion to Reverse and Remand with Suggestions in Support. [Doc. 19.] Plaintiff filed a response stating that she has no objection to the motion to remand. [Doc. 20.] The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1). [Doc. 7.]

On July 11, 2016, Plaintiff filed this action seeking judicial review of Defendant's denial of Plaintiff's application for supplemental security income under the Social Security Act. [Doc. 1.] Defendant filed an Answer and Administrative Transcript. [Docs. 10, 11.] Plaintiff filed a Brief in Support of the Complaint. [Doc. 14.] Defendant filed a Motion to Reverse and Remand with Suggestions in Support. [Doc. 19.] Defendant requests that the Court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure reversing the ALJ's decision and remanding this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). In support of her motion, Defendant states that remand is necessary to provide the ALJ an opportunity to evaluate and weigh the opinion of a medical expert, Dr. John David Sabow, who testified that Plaintiff met the requirements of Listing § 1.04A of 20 C.F.R. pt. 404, subpt.

P, App. 1.  Based on the foregoing, the Court will grant Defendant's Motion to Reverse and Remand with Suggestions in Support.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand with Suggestions in Support is **GRANTED**.  [Doc. 19.]

A Judgment will be entered in a separate document.

Dated this 19th day of January, 2017.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE